COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      Henry William Grotewold v. Janet Kay Meyer

Appellate case number:   01-13-00875-CV

Trial court case number:  2004-40933

Trial court:                    257th District Court of Harris County

The District Court Clerk is **ORDERED** to file a supplemental clerk's record in this Court that contains the following documents:

1. "Henry William Grotewold's Petition to Modify Parent-Child Relationship"; filed March 8, 2012; image number 53206961.
2. "Petition to Modify Parent-Child Relationship"; filed November 6, 2012; image number 53851576.
3. "Motion for Psychological Examination and Evaluation of Janet Meyers, Motion for Continuance and Motion for Sanctions"; filed July 22, 2013; image number 58674962.
4. "First Amended Counterpetition to Modify Parent-Child Relationship"; filed July 22, 2013; image number 58674957.
5. Letter; filed September 13, 2013; image number 58674951.

Tex. R. App. P. 34.5(c). The supplemental clerk's record is to be filed in this Court by **December 12, 2014**.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                              Acting individually

Date: December 2, 2014